IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIONI M. DOGAN aka KIONI PETERSON,<br><br>Debtor.<br><br>BOWTIE HOSPITALITY LV LLC d/b/a FOUNTAINEBLEAU LAS VEGAS,<br><br>Garnishee. | Case No. 2:25-mc-00285-JAM<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT AND CLOSING MISCELLANEOUS CASE**<br><br>Criminal Case No. 2:16-cr-00199-JAM |

    The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby **GRANTS** the Request. Accordingly, it is ORDERED THAT:

    1.    Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on August 29, 2025, is hereby **TERMINATED**; and

///

///

2.   The Clerk of the United States District Court shall **CLOSE** this miscellaneous case.

IT IS SO ORDERED.

Dated:  September 25, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE